**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT WILCOX, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:16CV835 HEA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is movant's pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, which indicates that movant believes he may be eligible for relief under the recent Supreme Court case of *Johnson v. United States*, 135 S.Ct. 2551 (2015). This matter was remanded to the undersigned for further proceedings in light of *United States v. Naylor*, No. 16-2047, 2018 WL1630249 (8th Cir. April 5, 2018).

On August 14, 2015, this Court entered an Administrative Order, styled *In Re: Johnson v. United States*. Pursuant to the Administrative Order, the Court will forward movant's § 2255 motion to the Office of the Public Defender for the Eastern District of Missouri, and provide the Public Defender twenty (20) days to review the said motion and movant's criminal history in order to determine movant's potential argument for a sentence reduction under *Johnson* and subsequently under *United States v. Naylor*, No. 16-2047, 2018 WL1630249 (8th Cir. April 5, 2018). In order to facilitate this process, the Court has issued a separate Administrative Order, authorizing the Clerk of Court and the United States Probation Office to provide to the Office of the Federal Public Defender and to the Office of the United States Attorney any records in their possession, including sealed records from the Court file regarding the movant's criminal history.

The Public Defender, no later than twenty (20) days of the date of this Order, should file an amended motion to vacate under § 2255 in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward a copy of movant's § 2255 motion to the Office of the Public Defender for the Eastern District of Missouri.

**IT IS FURTHER ORDERED** that the Public Defender shall file with this Court, within twenty (20) days of the date of this Memorandum and Order, an amended motion to vacate, brought pursuant to 28 U.S.C. § 2255.

Dated this 22nd day of June, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE